# EXHIBIT 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| GUI GLOBAL PRODUCTS, LTD. d/b/a GWEE, | § § § | |
| Plaintiff, | § § | |
| vs. | § § § | 4:20-cv-02624-AHB |
| SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | |
| Defendants. | § § | |

**DECLARATION OF ROB SHOOK IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(a)**

I, Rob Shook, declare and state as follows:

1. I am over 18 years of age and competent to make this declaration. If called as a witness, I could and would testify competently to the information contained herein.

2. I am an industrial designer at Samsung's Design Innovation Center in San Francisco, California ("SDIC"), and I have worked in consumer electronics design related roles at SDIC, formerly known as Samsung Design America, since July 2017. I work out of SDIC's office at 735 Battery Street, San Francisco, California or out of my home in Castro Valley, California.

3. In my design roles at SDIC, I was part of the team that conceptualized and designed the product that became the Galaxy Buds for Samsung. We worked on the look and feel of the device, as well as critical functional aspects. In particular, my role was to design the charging case.

4. The Galaxy Buds design team maintains at SDIC offices design documents, presentations, and materials related to the work we did to create Galaxy Buds. We also maintain information related to predecessor products that were in the development line of the Galaxy Buds, including other wireless earphone systems. To my understanding, nearly all, if not all, of the technical documents and source code relating to the design and development of the Galaxy Buds resides either with the SDIC design team in San Francisco, California or the product development team resident in Korea.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 05, 2020 in Castro Valley, California.

X _____
Signed by: robert.shook

Rob Shook